AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) | |
| v. | ) 15 CR 179 | |
| | ) Case No. 15-CR-      (SEALED) | |
| DONALD GARDNER, JR. | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  DONALD GARDNER, JR.                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

production, receipt and possession of child pornography in violation of 18, U.S.C., §§ 2251(a), 2252A(a)(2)(A) & 2252A(a)(5)(B).

Date: SEP 2 4 2015

_Issuing officer's signature_

City and state:  Buffalo, New York            MICHAEL J. ROEMER, Clerk of the Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 09-24-2015, and the person was arrested on _(date)_ 10-01-2015
at _(city and state)_ LAFAYETTE, NY.

Date: 10-01-2015

_Arresting officer's signature_

TASK FORCE OFFICER JEFFREY MCAULIFFE
_Printed name and title_