UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

              v.

DONALD GARDNER, JR.,

              Defendant.
_____

**15-CR-179-FPG-HKS**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Frank R. Passafiume, Assistant Federal Public Defender, Attorney for Donald Gardner, Jr. |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, **on the papers**. |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Frank R. Passafiume, dated March 8, 2017. |
| **RELIEF REQUESTED:** | Evaluation of the defendant to determine whether he is competent to stand trial (18 U.S.C. § 4241) and whether he was insane at the time of the offense (18 U.S.C. § 4242). |
| **DATED:** | March 8, 2017, Buffalo, New York. |

Respectfully submitted,

**/s/Frank R. Passafiume**
Frank R. Passafiume
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
frank_passafiume@fd.org
*Attorney for Donald Gardner, Jr.*

**TO:**    Mary C. Baumgarten
          Assistant United States Attorney

          Brian Mamizuka
          United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.                                 **15-CR-179-FPG-HKS**

DONALD GARDNER, JR.,                  **AFFIRMATION**

                Defendant.
_____

      **FRANK R. PASSAFIUME, ESQ.,** affirms under penalty of perjury that:

      1.      I am an attorney with the Federal Public Defender's Office located at 300 Pearl Street, Suite 200, Buffalo, New York 14202, and I represent the defendant, Donald Gardner, Jr., in the instant matter.

      2.      I submit this Affirmation in support of my request that the Court order a mental health examination to determine Mr. Gardner's competency to stand trial and whether he was insane at the time of the offense per 18 U.S.C. §§ 4241 and 4242 respectively.

      3.      This request is based upon my observations, the evaluations previously submitted to the Court by Dr. Rutter, Dr. Cervantes, and Ms. Barletta, LMSW, the defendant's school records, and the various determinations and observations made by the Court during the bail

revocation hearing held on February 21, 2017, and the subsequent oral argument on the motion for reconsideration held on March 8, 2017.

    4.    The government is not opposed to this request.

    5.    A proposed Order will be submitted separately to the Court.

**WHEREFORE**, it is respectfully requested that the Court order a mental health evaluation under 18 U.S.C. §§ 4241 and 4242.

DATED:    March 8, 2017
                Buffalo, New York

                                          Respectfully submitted,

                                          **/s/Frank R. Passafiume**
                                          Frank R. Passafiume
                                          Assistant Federal Public Defender
                                          Federal Public Defender's Office
                                          300 Pearl Street, Suite 200
                                          Buffalo, New York 14202
                                          (716) 551-3341; 551-3346 (fax)
                                          frank_passafiume@fd.org
                                          *Attorney for Donald Gardner, Jr.*

TO:    Mary C. Baumgarten
           Assistant United States Attorney

           Brian Mamizuka
           United States Probation Officer