IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  15-CR-179-G

DONALD GARDNER, JR.,

           Defendant.

---

## SUPERSEDING INFORMATION
(Title 18, United States Code, Section 2252A(a)(5)(B))

### COUNT 1

**The United States Attorney Charges That:**

Between on or about February 2, 2014, and on or about May 7, 2014, in the Western District of New York, and elsewhere, the defendant, DONALD GARDNER, JR., did knowingly possess material, that is, a Facebook account in the name of Donnie.gardner.965, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported using any means and facility of interstate and foreign commerce; that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

DATED: Buffalo, New York, February 15, 2018.

                                    JAMES P. KENNEDY, JR.
                                    United States Attorney

BY: _____
                                    MARY C. BAUMGARTEN
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York 14202
                                    716-843-5864
                                    Mary.Catherine.Baumgarten@usdoj.gov