# EXHIBIT A



LAFAYETTE, NY

Date: 10-23-14

I DONALD GARDNER JR (7-3-75) FREELY & VOLUNTARILY FURNISH THE FOLLOWING STATEMENT TO TFO JEFFREY MCAULIFFE AND MARTHA BELTRAN WHO HAVE IDENTIFIED THEMSELVES TO ME AS SPECIAL AGENTS OF THE FBI. TFO MCAULIFFE EXPLAINED THAT THEY WANTED TO TALK WITH ME CONCERNING MY INVOLVEMENT IN A FACEBOOK INVESTIGATION. NO THREATS OR PROMISES HAVE BEEN MADE TO INDUCE ME TO GIVE THIS STATEMENT. I GRADUATED HIGH SCHOOL AND CAN READ & WRITE.

I DON'T KNOW THE EXACT DATE BUT I DO REMEMBER TALKING WITH SOME GIRLS ON FACEBOOK EARLIER THIS YEAR. AT THE TIME I HAD A PICTURE ON MY FACEBOOK PAGE OF A YOUNG BOY WHO LOOKS ABOUT 10 OR 12. I DON'T KNOW WHO THE BOY IS. THE GIRLS I TALKED TO THOUGHT THAT I WAS THE BOY. THE GIRL ASKED ME HOW OLD I WAS BUT I NEVER TOLD THEM. I ASKED THE GIRL HOW OLD SHE WAS AND SHE SAID SHE WAS TEN. I DIDN'T BELIEVE HER BECAUSE YOU ARE SUPPOSED TO BE OLDER TO USE FACEBOOK. AT FIRST I ASKED HER WHAT KIND OF SHOES SHE WORE. I ASKED FOR A PICTURE OF HER FEET AND SHE SENT ME A PICTURE OF HER FEET. I ASKED FOR A PICTURE OF HER ASS AND HER ASSHOLE AND SHE SENT ME TWO PICTURES OF HER NAKED FROM THE WAIST DOWN SHOWING HER BUTT. ONE OF THESE PICTURES



www.icactraining.org   877.798.7682

000048



Date: _____

SHOWS HER SPREADING HER LEGS AND BENT OVER. I ASKED HER IF SHE WEARS THONGS BUT I DIDN'T [JM]. SHE SAID SHE DIDN'T HAVE ANY. SHE SAID HER SISTER HAD A PAIR BUT SHE WOULDN'T GET THEM. THE GIRL DID WANT TO TALK TO ME ON THE PHONE BUT I DID NOT. I ASKED HER FOR A PICTURE OF HER PUSSY AND SHE SENT ME A CLOSE-UP PICTURE OF IT. THE GIRLS ASKED ME FOR A PICTURE BUT I NEVER SENT ONE. AT ONE POINT THE GIRL TOLD ME THAT SHE THOUGHT I WAS A LOT OLDER THAN THE PICTURE OF THE BOY ON MY FACEBOOK PAGE. THEY GOT MAD WHEN THEY THOUGHT I WAS OLDER AND THAT'S WHEN WE STOPPED TALKING.

I HAVE READ THIS STATEMENT CONSISTING OF TWO PAGES, INITIALED EACH PAGE AND ALL CORRECTIONS, AND NOW SIGN IT BECAUSE IT IS TRUE AND ACCURATE.

_Donald Gardner, JR_

WITNESS: TFO _Jeffrey Martillo_   10-23-14
         SA _Martha Crock_   10-23-14



www.icactraining.org   877.798.7682

000049