# EXHIBIT B

Facebook Business Record                    Page 125

**Image**



**Id** 205747842953805
**Title**
**Photo** http://sphotos-e.ak.fbcdn.net/hphotos-ak-frc3/t1.0-9/s720x720/155
7673_205747842953805_565834133_n.jpg
**Link** http://www.facebook.com/photo.php?fbid=205747842953805&set
=a.193049960890260.1073741827.100005557717467&type=1
**Upload Ip** 72.230.122.52
**Album Name** iOS Photos
**Uploaded** 2014-02-01 02:49:08 UTC
**Tags**
**Comments**                    **User** [redacted] (100007226314011)
                    **Text** that you
                    **Time** 2014-02-01 02:50:58 UTC

                    **User** [redacted] (100007226314011)
                    **Text** ohh
                    **Time** 2014-02-01 02:52:42 UTC

000001

| **Facebook Business Record** | **Page 1** |
| --- | --- |

| | |
| --- | --- |
| **Service** | Facebook |
| **Target** | 100005557717467 (Generated 2014-05-06 19:40:47 UTC) |
| **Date Range** | 2013-04-23 07:00:00 UTC to 2014-04-24 06:59:00 UTC |
| **Name** | **First** Donnie |
| | **Middle** |
| | **Last** Gardner |

| | |
| --- | --- |
| **Registered Email Addresses** | donniegardner527@yahoo.com |
| | donnie.gardner.965@facebook.com |

| | |
| --- | --- |
| **Vanity Name** | donnie.gardner.965 |

| | |
| --- | --- |
| **Registration Date** | 2013-03-24 00:33:22 UTC |

| | |
| --- | --- |
| **Account Closure Date** | **Account Still Active** false |
| | **Time** 2014-03-21 17:30:35 UTC |
| | **Reason** disabled |

| | |
| --- | --- |
| **Address** | **Street** |
| | **City** Syracuse |
| | **State** NY |
| | **Zip** |
| | **Country** US |

| | |
| --- | --- |
| **Current City** | Syracuse, New York (109748972377870) |

| | |
| --- | --- |
| **Phone Numbers** | |

| | |
| --- | --- |
| **Credit Cards** | |

| | |
| --- | --- |
| **Recent Session Activities** | **IP Address** 174.252.34.7 |
| | **Time** 2014-03-21 15:11:51 UTC |
| | **Type** Web Session Terminated |
| | **Machine Cookie** L-EYUwFWQsRhqHSMsUIE9HEY |
| | **City** boston |
| | **Region** ma |
| | **Country** US |
| | **Device and Browser** Mozilla/5.0 (Linux; U; Android 4.1.2; en-us; SCH-I200PP Build/JZO54K) AppleWebKit/534.30 (KHTML, like Gecko) Version/4.0 Mobile Safari/534.30 [FBAN/FB4A;FBAV/6.0.0.28.28;FBBV/1264000;FBDM/{density=1.5,width=480,height=800};FBLC/en_US;FB_FW/2;FBCR/Verizon Wireless;FBPN/com.facebook.katana;FBDV/SCH-I200PP;FBSV/4.1.2;FBOP/1;FBCA/armeabi-v7a:armeabi;] |

000002

Facebook Business Record                                    Page 185

**Album: Profile
Pictures**

**Image**



**Id** 204591849736071
**Title**
**Photo** http://sphotos-a.ak.fbcdn.net/hphotos-ak-prn1/t1.0-9/1619171_204
591849736071_1609148619_n.jpg
**Link** http://www.facebook.com/photo.php?fbid=204591849736071&set
=a.120505008144756.1073741825.100005557717467&type=1
**Upload Ip** 72.230.122.52
**Album Name** Profile Pictures
**Uploaded** 2014-01-29 01:28:21 UTC
**Tags**

000003

| | |
|---|---|
| Recipients | ██████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| Author | Donnie Gardner (100005557717467) |
| Sent | 2014-02-02 03:39:49 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | Donnie Gardner (100005557717467) |
| | ██████ (100007226314011) |
| Author | ██████ (100007226314011) |
| Sent | 2014-02-02 03:40:08 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | ██████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| Author | Donnie Gardner (100005557717467) |
| Sent | 2014-02-02 03:40:24 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | Donnie Gardner (100005557717467) |
| | ██████ (100007226314011) |
| Author | ██████ (100007226314011) |
| Sent | 2014-02-02 03:40:36 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | ██████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| Author | Donnie Gardner (100005557717467) |
| Sent | 2014-02-02 03:40:52 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | Donnie Gardner (100005557717467) |
| | ██████ (100007226314011) |
| Author | ██████ (100007226314011) |
| Sent | 2014-02-02 03:41:04 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | Donnie Gardner (100005557717467) |
| | ██████ (100007226314011) |
| Author | ██████ (100007226314011) |
| Sent | 2014-02-02 03:41:13 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | ██████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| Author | Donnie Gardner (100005557717467) |
| Sent | 2014-02-02 03:41:21 UTC |
| Deleted | true |
| Body | |

| | |
|---|---|
| Recipients | Donnie Gardner (100005557717467) |
| | ██████ (100007226314011) |
| Author | ██████ (100007226314011) |
| Sent | 2014-02-02 03:41:28 UTC |
| Deleted | true |
| Body | |

**Facebook Business Record**                                        **Page 921**

Recipients ▓▓▓▓▓▓▓ (100007226314011)
            Donnie Gardner (100005557717467)
    Author  Donnie Gardner (100005557717467)
      Sent  2014-02-02 03:41:36 UTC
   Deleted  true
      Body

Recipients  Donnie Gardner (100005557717467)
            ▓▓▓▓▓▓▓ (100007226314011)
            ▓▓▓▓▓▓▓ (100007226314011)
    Author  ▓▓▓▓▓▓▓
      Sent  2014-02-02 03:41:37 UTC
   Deleted  true
      Body

Recipients ▓▓▓▓▓▓▓ (100007226314011)
            Donnie Gardner (100005557717467)
    Author  Donnie Gardner (100005557717467)
      Sent  2014-02-02 03:41:44 UTC
   Deleted  true
      Body

Recipients  Donnie Gardner (100005557717467)
            ▓▓▓▓▓▓▓ (100007226314011)
    Author  ▓▓▓▓▓▓▓
      Sent  2014-02-02 03:41:52 UTC
   Deleted  true
      Body

Recipients ▓▓▓▓▓▓▓ (100007226314011)
            Donnie Gardner (100005557717467)
    Author  Donnie Gardner (100005557717467)
      Sent  2014-02-02 03:41:56 UTC
   Deleted  true
      Body

Recipients  Donnie Gardner (100005557717467)
            ▓▓▓▓▓▓▓ (100007226314011)
    Author  ▓▓▓▓▓▓▓
      Sent  2014-02-02 03:42:14 UTC
   Deleted  true
      Body

Recipients ▓▓▓▓▓▓▓ (100007226314011)
            Donnie Gardner (100005557717467)
    Author  Donnie Gardner (100005557717467)
      Sent  2014-02-02 03:42:35 UTC
   Deleted  true
      Body

Recipients  Donnie Gardner (100005557717467)
            ▓▓▓▓▓▓▓ (100007226314011)
    Author  ▓▓▓▓▓▓▓
      Sent  2014-02-02 03:42:49 UTC
   Deleted  true
      Body

Recipients ▓▓▓▓▓▓▓ (100007226314011)
            Donnie Gardner (100005557717467)
    Author  Donnie Gardner (100005557717467)
      Sent  2014-02-02 03:43:00 UTC
   Deleted  true
      Body

000005

Recipients   Donnie Gardner (100005557717467)
             (100007226314011)
Author       (100007226314011)
Sent         2014-02-02 03:43:39 UTC
Deleted      true
Body

Recipients   Donnie Gardner (100005557717467)
             (100007226314011)
Author       (100007226314011)
Sent         2014-02-02 03:43:54 UTC
Deleted      true
Body

Recipients   (100007226314011)
             Donnie Gardner (100005557717467)
Author       Donnie Gardner (100005557717467)
Sent         2014-02-02 03:43:59 UTC
Deleted      true
Body

Recipients   (100007226314011)
             Donnie Gardner (100005557717467)
Author       Donnie Gardner (100005557717467)
Sent         2014-02-02 03:44:12 UTC
Deleted      true
Body

Recipients   Donnie Gardner (100005557717467)
             (100007226314011)
Author       (100007226314011)
Sent         2014-02-02 03:44:21 UTC
Deleted      true
Body

Recipients   Donnie Gardner (100005557717467)
             (100007226314011)
Author       (100007226314011)
Sent         2014-02-02 03:44:54 UTC
Deleted      true
Body

Recipients   Donnie Gardner (100005557717467)
             (100007226314011)
Author       (100007226314011)
Sent         2014-02-02 03:48:06 UTC
Deleted      true
Body

Recipients   (100007226314011)
             Donnie Gardner (100005557717467)
Author       Donnie Gardner (100005557717467)
Sent         2014-02-02 03:48:39 UTC
Deleted      true
Body

Recipients   Donnie Gardner (100005557717467)
             (100007226314011)
Author       (100007226314011)
Sent         2014-02-02 03:55:13 UTC
Deleted      true
Body

000006

**Facebook Business Record**                                    **Page 923**

Recipients ████████ (100007226314011)
            Donnie Gardner (100005557717467)
Author      Donnie Gardner (100005557717467)
Sent        2014-02-02 03:57:04 UTC
Deleted     true
Body

Recipients  Donnie Gardner (100005557717467)
            ████████ (100007226314011)
Author      ████████ (100007226314011)
Sent        2014-02-02 03:57:56 UTC
Deleted     true
Body

Recipients  Donnie Gardner (100005557717467)
            ████████ (100007226314011)
Author      ████████ (100007226314011)
Sent        2014-02-02 03:58:13 UTC
Deleted     true
Body

Recipients  Donnie Gardner (100005557717467)
            ████████ (100007226314011)
Author      ████████ (100007226314011)
Sent        2014-02-02 04:04:32 UTC
Deleted     true
Body

Recipients  ████████ (100007226314011)
            Donnie Gardner (100005557717467)
Author      Donnie Gardner (100005557717467)
Sent        2014-02-02 04:05:03 UTC
Deleted     true
Body

Recipients  ████████ (100007226314011)
            Donnie Gardner (100005557717467)
Author      Donnie Gardner (100005557717467)
Sent        2014-02-02 04:05:24 UTC
Deleted     true
Body

Recipients  ████████ (100007226314011)
            Donnie Gardner (100005557717467)
Author      Donnie Gardner (100005557717467)
Sent        2014-02-02 04:05:50 UTC
Deleted     true
Body

Recipients  ████████ (100007226314011)
            Donnie Gardner (100005557717467)
Author      Donnie Gardner (100005557717467)
Sent        2014-02-02 04:07:30 UTC
Deleted     true
Body

Recipients  Donnie Gardner (100005557717467)
            ████████ (100007226314011)
Author      ████████ (100007226314011)
Sent        2014-02-02 04:07:43 UTC
Deleted     true
Body

**Facebook Business Record**                                    **Page 924**

Recipients ▮▮▮▮▮▮(100007226314011)
           Donnie Gardner (100005557717467)
    Author Donnie Gardner (100005557717467)
      Sent 2014-02-02 04:08:00 UTC
   Deleted true
      Body

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮(100007226314011)
    Author ▮▮▮▮▮▮(100007226314011)
      Sent 2014-02-02 04:08:17 UTC
   Deleted true
      Body

Recipients ▮▮▮▮▮▮(100007226314011)
           Donnie Gardner (100005557717467)
    Author Donnie Gardner (100005557717467)
      Sent 2014-02-02 04:08:53 UTC
   Deleted true
      Body

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮(100007226314011)
    Author ▮▮▮▮▮▮(100007226314011)
      Sent 2014-02-02 04:09:05 UTC
   Deleted true
      Body

Recipients ▮▮▮▮▮▮(100007226314011)
           Donnie Gardner (100005557717467)
    Author Donnie Gardner (100005557717467)
      Sent 2014-02-02 04:09:26 UTC
   Deleted true
      Body

Recipients ▮▮▮▮▮▮(100007226314011)
           Donnie Gardner (100005557717467)
    Author Donnie Gardner (100005557717467)
      Sent 2014-02-02 04:09:38 UTC
   Deleted true
      Body

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮(100007226314011)
    Author ▮▮▮▮▮▮(100007226314011)
      Sent 2014-02-02 04:12:47 UTC
   Deleted true
      Body

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮(100007226314011)
    Author ▮▮▮▮▮▮(100007226314011)
      Sent 2014-02-02 04:19:02 UTC
   Deleted true
      Body

Recipients ▮▮▮▮▮▮(100007226314011)
           Donnie Gardner (100005557717467)
    Author Donnie Gardner (100005557717467)
      Sent 2014-02-02 04:23:39 UTC
   Deleted true
      Body

000008

**Facebook Business Record**                                      **Page 925**

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 04:24:00 UTC
**Deleted** true
**Body**

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 04:26:57 UTC
**Deleted** true
**Body**

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 04:27:25 UTC
**Deleted** true
**Body**

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 04:27:38 UTC
**Deleted** true
**Body**

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 05:14:07 UTC
**Deleted** false
**Body** ████ and I will call u and u are a lady

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 08:39:00 UTC
**Deleted** false
**Body** Hi

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 14:50:16 UTC
**Deleted** false
**Body** Hi

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 16:47:41 UTC
**Deleted** false
**Body** Hi

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:47:59 UTC
**Deleted** false
**Body** Who this

000009

**Facebook Business Record**                                          **Page 926**

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 16:49:54 UTC
**Deleted** false
**Body** ███████

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:50:03 UTC
**Deleted** false
**Body** What u wearing

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 16:51:31 UTC
**Deleted** false
**Body** Tank top and spanks

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:51:40 UTC
**Deleted** false
**Body** Can I see

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 16:52:54 UTC
**Deleted** false
**Body**
**Attachments** 1623600_1402430043341193_2016090702_n.jpg (1402430066674524)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=6ad
7fb2e3d6f00aeb862400496a7c06d&mid=mid.1391359975053%3A
ddbad92b415bfb8752&uid=100005557717467&accid=100005557
717467&preview=0&hash=AQA7qtknDauSu_euGd4t2nmObukYlzG
eKJOYJAUBvRLkuw

000010



**Recipients** ▮▮▮▮▮ (100007226314011)
                Donnie Gardner (100005557717467)
    **Author** Donnie Gardner (100005557717467)
      **Sent** 2014-02-02 16:53:15 UTC
   **Deleted** false
      **Body** U like me

**Recipients** Donnie Gardner (100005557717467)
                ▮▮▮▮▮ (100007226314011)
    **Author** ▮▮▮▮▮ (100007226314011)
      **Sent** 2014-02-02 16:53:45 UTC
   **Deleted** false
      **Body** Ya

**Recipients** ▮▮▮▮▮ (100007226314011)
                Donnie Gardner (100005557717467)
    **Author** Donnie Gardner (100005557717467)
      **Sent** 2014-02-02 16:54:04 UTC
   **Deleted** false

**Body** What u doing today

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 16:54:44 UTC
**Deleted** false
**Body** Nothing

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:55:15 UTC
**Deleted** false
**Body** U wear short skirts that show ur ass

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:57:38 UTC
**Deleted** false
**Body** Hello

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 16:58:29 UTC
**Deleted** false
**Body** No

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:59:12 UTC
**Deleted** false
**Body** Can I see what u like to wear on feet

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 16:59:37 UTC
**Deleted** false
**Body** We can talk on phone later

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 16:59:59 UTC
**Deleted** false
**Body** Im bearfoot

**Recipients** ███████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:00:14 UTC
**Deleted** false
**Body** U like being bearfoot

**Recipients** Donnie Gardner (100005557717467)
███████████ (100007226314011)
**Author** ███████████ (100007226314011)
**Sent** 2014-02-02 17:00:29 UTC

**Deleted** false
**Body** Yes

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:00:52 UTC
**Deleted** false
**Body** U wear flip flops

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 17:01:07 UTC
**Deleted** false
**Body** Ya not in winter

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:02:19 UTC
**Deleted** false
**Body** What color flip flops u wear

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 17:03:27 UTC
**Deleted** false
**Body** Pink and blue

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:03:58 UTC
**Deleted** false
**Body** U have them with u

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:05:52 UTC
**Deleted** false
**Body** Talk

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 17:06:36 UTC
**Deleted** false
**Body** No

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:07:19 UTC
**Deleted** false
**Body** Can u show mo ur asshole

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)

**Facebook Business Record**                                    **Page 930**

**Sent** 2014-02-02 17:08:10 UTC
**Deleted** false
**Body** No

**Recipients**            (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:08:22 UTC
**Deleted** false
**Body** Please

**Recipients** Donnie Gardner (100005557717467)
            (100007226314011)
**Author**            (100007226314011)
**Sent** 2014-02-02 17:08:29 UTC
**Deleted** false
**Body** Why

**Recipients**            (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:08:51 UTC
**Deleted** false
**Body** Like to

**Recipients** Donnie Gardner (100005557717467)
            (100007226314011)
**Author**            (100007226314011)
**Sent** 2014-02-02 17:09:10 UTC
**Deleted** false
**Body** Your 14 im 10

**Recipients**            (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:09:20 UTC
**Deleted** false
**Body** That ok

**Recipients**            (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:10:01 UTC
**Deleted** false
**Body** U care on age

**Recipients** Donnie Gardner (100005557717467)
            (100007226314011)
**Author**            (100007226314011)
**Sent** 2014-02-02 17:10:25 UTC
**Deleted** false
**Body** Kk one sec

**Recipients**            (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:10:32 UTC
**Deleted** false
**Body** Ok

**Recipients** Donnie Gardner (100005557717467)
            (100007226314011)

000014

**Facebook Business Record**                                      **Page 931**

          Author [redacted] (100007226314011)
            Sent 2014-02-02 17:14:14 UTC
         Deleted false
            Body One more sec

      Recipients Donnie Gardner (100005557717467)
                 (100007226314011)
          Author [redacted] (100007226314011)
            Sent 2014-02-02 17:15:04 UTC
         Deleted false
            Body
     Attachments 1557586_1402437453340452_1761395942_n.jpg (1402437466673784)
            Type image/jpeg
             URL https://attachment.fbsbx.com/messaging_attachment.php?aid=f54
                 633259d7792303cc8066148cab3cd&mid=mid.1391361304739%3
                 A67dd1cab4a5decbf15&uid=100005557717467&accid=10000555
                 7717467&preview=0&hash=AQC4mfS4XfUoB-NTj-oLxbYDECwWun
                 DZYT0Rs-dt0Nz2-A



      Recipients Donnie Gardner (100005557717467)
                 (100007226314011)
          Author [redacted] (100007226314011)
            Sent 2014-02-02 17:16:16 UTC
         Deleted false
            Body Hello talk

**Facebook Business Record**        Page 932

| | |
|---|---|
| **Recipients** | ▓▓▓▓▓▓▓ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 17:17:13 UTC |
| **Deleted** | false |
| **Body** | Open ur ass cheeks take pic |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | ▓▓▓▓▓▓▓ (100007226314011) |
| **Author** | ▓▓▓▓▓▓▓ (100007226314011) |
| **Sent** | 2014-02-02 17:17:56 UTC |
| **Deleted** | false |
| **Body** | Kk |

| | |
|---|---|
| **Recipients** | ▓▓▓▓▓▓▓ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 17:18:51 UTC |
| **Deleted** | false |
| **Body** | U send pic |

| | |
|---|---|
| **Recipients** | ▓▓▓▓▓▓▓ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 17:20:34 UTC |
| **Deleted** | false |
| **Body** | Talk |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | ▓▓▓▓▓▓▓ (100007226314011) |
| **Author** | ▓▓▓▓▓▓▓ (100007226314011) |
| **Sent** | 2014-02-02 17:20:40 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | 1545100_1402438903340307_1554259391_n.jpg (1402438936673637) |
| **Type** | image/jpeg |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=f5b7a75ab8cba07236295a64b035ca6d&mid=mid.1391361640941%3A484ebd9a8bf7e8b471&uid=100005557717467&accid=100005557717467&preview=0&hash=AQBjEEt6jItnNdwexJGROveIuOGVfx1oOhL2IiFRBGLSMw |

000016

Facebook Business Record                                    Page 933



**Recipients** ████████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:21:19 UTC
**Deleted** false
**Body** Ur sexy

**Recipients** Donnie Gardner (100005557717467)
████████████ (100007226314011)
**Author** ████████████ (100007226314011)
**Sent** 2014-02-02 17:21:44 UTC
**Deleted** false
**Body**

**Recipients** ████████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:22:50 UTC
**Deleted** false
**Body** Get hair brush

**Recipients** Donnie Gardner (100005557717467)
████████████ (100007226314011)
**Author** ████████████ (100007226314011)
**Sent** 2014-02-02 17:23:01 UTC
**Deleted** false
**Body** No

**Recipients** ████████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:23:17 UTC
**Deleted** false
**Body** Please

**Recipients** Donnie Gardner (100005557717467)
████████████ (100007226314011)
**Author** ████████████ (100007226314011)
**Sent** 2014-02-02 17:23:23 UTC
**Deleted** false
**Body** I am not sticking it up my pussie

**Recipients** Donnie Gardner (100005557717467)
████████████ (100007226314011)
**Author** ████████████ (100007226314011)
**Sent** 2014-02-02 17:23:40 UTC
**Deleted** false
**Body** Do u want a pic of my pussie open

**Recipients** ████████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:23:43 UTC
**Deleted** false
**Body** U ever

**Recipients** ████████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:23:47 UTC
**Deleted** false
**Body** Yes

**Facebook Business Record**                                    **Page 935**

**Recipients** Donnie Gardner (100005557717467)
                 ████████ (100007226314011)
     **Author** ████████ (100007226314011)
       **Sent** 2014-02-02 17:23:48 UTC
    **Deleted** false
       **Body** No

**Recipients** Donnie Gardner (100005557717467)
                 ████████ (100007226314011)
     **Author** ████████ (100007226314011)
       **Sent** 2014-02-02 17:23:50 UTC
    **Deleted** false
       **Body** Kk

**Recipients** ████████ (100007226314011)
                 Donnie Gardner (100005557717467)
     **Author** Donnie Gardner (100005557717467)
       **Sent** 2014-02-02 17:24:01 UTC
    **Deleted** false
       **Body** So I can see in side pussy

**Recipients** Donnie Gardner (100005557717467)
                 ████████ (100007226314011)
     **Author** ████████ (100007226314011)
       **Sent** 2014-02-02 17:24:11 UTC
    **Deleted** false
       **Body** Yes

**Recipients** ████████ (100007226314011)
                 Donnie Gardner (100005557717467)
     **Author** Donnie Gardner (100005557717467)
       **Sent** 2014-02-02 17:24:45 UTC
    **Deleted** false
       **Body** U send pic

**Recipients** Donnie Gardner (100005557717467)
                 ████████ (100007226314011)
     **Author** ████████ (100007226314011)
       **Sent** 2014-02-02 17:25:26 UTC
    **Deleted** false
       **Body**
**Attachments** 1551726_1402440140006850_908762679_n.jpg (1402440153340182)
                 **Type** image/jpeg
                  **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=42c
                          08099372b1a6e1a0bbae3e081ec30&mid=mid.1391361927121%3
                          A113ec28377c7fc8338&uid=100005557717467&accid=10000555
                          7717467&preview=0&hash=AQB_BCRSC41CMSkIYfJhmPn3tagTTqx
                          oF1hK3KUiZfq5fw

000019



**Facebook Business Record**      **Page 937**

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:26:08 UTC
**Deleted** false
**Body** Hot

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:26:15 UTC
**Deleted** false
**Body** U a Virginia

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 17:26:29 UTC
**Deleted** false
**Body** Yes

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 17:26:37 UTC
**Deleted** false
**Body** Im ten dude

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:27:52 UTC
**Deleted** false
**Body** Cool

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:28:03 UTC
**Deleted** false
**Body** U want to have kids now

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 17:28:31 UTC
**Deleted** false
**Body** No im ten

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:29:47 UTC
**Deleted** false
**Body** Can I see ur legs spread

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 17:29:55 UTC
**Deleted** false
**Body** No

**Recipients** ███████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:30:13 UTC
**Deleted** false
**Body** Please

**Recipients** Donnie Gardner (100005557717467)
███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 17:30:35 UTC
**Deleted** false
**Body** No

**Recipients** ███████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:31:18 UTC
**Deleted** false
**Body** Why I want to see it

**Recipients** Donnie Gardner (100005557717467)
███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 17:31:32 UTC
**Deleted** false
**Body** Fine in a min

**Recipients** ███████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:33:14 UTC
**Deleted** false
**Body** U send pic

**Recipients** ███████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 17:35:16 UTC
**Deleted** false
**Body** Hello

**Recipients** Donnie Gardner (100005557717467)
███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 17:38:50 UTC
**Deleted** false
**Body** I cant I don't have cam si in a min

**Recipients** Donnie Gardner (100005557717467)
███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 18:00:34 UTC
**Deleted** false
**Body** Answer me bitch

**Recipients** ███████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:21:09 UTC
**Deleted** false
**Body** Talk on phone later

000022

**Facebook Business Record**                                      **Page 939**

**Recipients** Donnie Gardner (100005557717467)
                              (100007226314011)
**Author**                    (100007226314011)
**Sent** 2014-02-02 18:25:25 UTC
**Deleted** false
**Body** Kk

**Recipients** Donnie Gardner (100005557717467)
                              (100007226314011)
**Author**                    (100007226314011)
**Sent** 2014-02-02 18:26:40 UTC
**Deleted** false
**Body** Want to see a pic if me with no shirt off

**Recipients**            (100007226314011)
              Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:27:11 UTC
**Deleted** false
**Body** Ok

**Recipients** Donnie Gardner (100005557717467)
                              (100007226314011)
**Author**                    (100007226314011)
**Sent** 2014-02-02 18:27:13 UTC
**Deleted** false
**Body** My

**Recipients**            (100007226314011)
              Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:27:22 UTC
**Deleted** false
**Body** Yes

**Recipients**            (100007226314011)
              Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:28:05 UTC
**Deleted** false
**Body** U a cheerleader

**Recipients** Donnie Gardner (100005557717467)
                              (100007226314011)
**Author**                    (100007226314011)
**Sent** 2014-02-02 18:29:15 UTC
**Deleted** false
**Body** Yes

**Recipients**            (100007226314011)
              Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:29:44 UTC
**Deleted** false
**Body** What style panties under cheer skirt

**Recipients** Donnie Gardner (100005557717467)
                              (100007226314011)
**Author**                    (100007226314011)
**Sent** 2014-02-02 18:30:17 UTC
**Deleted** false
**Body**

000023

**Facebook Business Record**      **Page 940**

**Attachments** 1545932_1402473533336844_1076590277_n.jpg (1402473570003507)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=a64
94ad3f93ec9484e005c3314ec97f9&mid=mid.1391365817586%3A
42411c28c5b7073585&uid=100005557717467&accid=100005557
717467&preview=0&hash=AQDBIyksBSCYUEi3gLyIv81y9KuTfRQ8
BJG-e9r0Pj99DA



**Recipients** Donnie Gardner (100005557717467)
     100007226314011)
**Author**      100007226314011)
**Sent** 2014-02-02 18:30:23 UTC
**Deleted** false
**Body** Black

**Recipients**      (100007226314011)
     Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:31:33 UTC
**Deleted** false
**Body** Ur hot

**Recipients** Donnie Gardner (100005557717467)
     (100007226314011)
**Author**      (100007226314011)

**Facebook Business Record**      **Page 941**

**Sent** 2014-02-02 18:31:50 UTC
**Deleted** false
**Body** Thanks u are 20 or 14

**Recipients** ███████ (100007226314011)
    Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:31:59 UTC
**Deleted** false
**Body** 14

**Recipients** ███████ (100007226314011)
    Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:32:03 UTC
**Deleted** false
**Body** Truth

**Recipients** Donnie Gardner (100005557717467)
    ███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 18:32:03 UTC
**Deleted** false
**Body** Kk

**Recipients** ███████ (100007226314011)
    Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 18:32:28 UTC
**Deleted** false
**Body** They silk panties under cheer skirt

**Recipients** Donnie Gardner (100005557717467)
    ███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 18:35:09 UTC
**Deleted** false
**Body** No

**Recipients** Donnie Gardner (100005557717467)
    ███████ (100007226314011)
**Author** ███████ (100007226314011)
**Sent** 2014-02-02 18:39:09 UTC
**Deleted** false
**Body**
**Attachments** 1619541_1402474796670051_668218567_n.jpg (1402475100003354)
    **Type** image/jpeg
    **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=ad8
7467584d25185df6672bdcfdb4730&mid=mid.1391366349592%3A
56f5382838d6493a22&uid=100005557717467&accid=100005557
717467&preview=0&hash=AQD4xKENwnlyTuykVuFDdzslzTdEjMce
ee-i4WPorRE0GA

000025



1546308_1402474886670042_1271397972_n.jpg (1402475103336687)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=ad2
f773c82fd95e1c8a9e1269b8c307e&mid=mid.1391366349592%3A
56f5382838d6493a22&uid=100005557717467&accid=100005557
717467&preview=0&hash=AQAiZxEdTq0NX-b1OdcxpHfn5ZVc3AA
dL6ODmAe2dJAtBA



**Facebook Business Record**                                    **Page 945**

**Recipients** Donnie Gardner (100005557717467)
              (100007226314011)
**Author**    (100007226314011)
**Sent**      2014-02-02 18:56:10 UTC
**Deleted**   false
**Body**      Hell8

**Recipients** Donnie Gardner (100005557717467)
              (100007226314011)
**Author**    (100007226314011)
**Sent**      2014-02-02 18:56:20 UTC
**Deleted**   false
**Body**      HELLo

**Recipients** (100007226314011)
              Donnie Gardner (100005557717467)
**Author**    Donnie Gardner (100005557717467)
**Sent**      2014-02-02 18:57:08 UTC
**Deleted**   false
**Body**      So sexy

**Recipients** (100007226314011)
              Donnie Gardner (100005557717467)
**Author**    Donnie Gardner (100005557717467)
**Sent**      2014-02-02 18:57:35 UTC
**Deleted**   false
**Body**      Color panties u wearing

**Recipients** Donnie Gardner (100005557717467)
              (100007226314011)
**Author**    (100007226314011)
**Sent**      2014-02-02 18:57:50 UTC
**Deleted**   false
**Body**      Whute and blue

**Recipients** (100007226314011)
              Donnie Gardner (100005557717467)
**Author**    Donnie Gardner (100005557717467)
**Sent**      2014-02-02 18:58:05 UTC
**Deleted**   false
**Body**      Can I see them

**Recipients** (100007226314011)
              Donnie Gardner (100005557717467)
**Author**    Donnie Gardner (100005557717467)
**Sent**      2014-02-02 18:59:49 UTC
**Deleted**   false
**Body**      Talk

**Recipients** Donnie Gardner (100005557717467)
              (100007226314011)
**Author**    (100007226314011)
**Sent**      2014-02-02 19:00:50 UTC
**Deleted**   false
**Body**      Sure in sec

**Recipients** (100007226314011)
              Donnie Gardner (100005557717467)
**Author**    Donnie Gardner (100005557717467)
**Sent**      2014-02-02 19:01:11 UTC
**Deleted**   false
**Body**      Ur so sexy

**Facebook Business Record**                                      **Page 946**

| | |
|---|---|
| **Recipients** | ████████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 19:02:49 UTC |
| **Deleted** | false |
| **Body** | U send pic |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | ████████ (100007226314011) |
| **Author** | ████████ (100007226314011) |
| **Sent** | 2014-02-02 19:06:42 UTC |
| **Deleted** | false |
| **Body** | |
| **Attachments** | 1656282_1402481170002747_1426627902_n.jpg (1402481290002735) |
| **Type** | image/jpeg |
| **URL** | https://attachment.fbsbx.com/messaging_attachment.php?aid=2e3 809756e6d44afd1a42e639863c690&mid=mid.1391368002455%3 A99e6185d27ce0a1429&uid=100005557717467&accid=10000555 7717467&preview=0&hash=AQDnqIo-h5w4IjHCTb0nzPmFGl2cMY WT_muadJ3ZHRe09A |

000030



**Facebook Business Record**                                    **Page 948**

**Recipients** ▇▇▇▇▇ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:07:06 UTC
**Deleted** false
**Body** Hot

**Recipients** Donnie Gardner (100005557717467)
▇▇▇▇▇ (100007226314011)
**Author** ▇▇▇▇▇ (100007226314011)
**Sent** 2014-02-02 19:07:10 UTC
**Deleted** false
**Body**

**Recipients** ▇▇▇▇▇ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:07:19 UTC
**Deleted** false
**Body** U wear thong panties

**Recipients** ▇▇▇▇▇ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:07:23 UTC
**Deleted** false
**Body**

**Recipients** Donnie Gardner (100005557717467)
▇▇▇▇▇ (100007226314011)
**Author** ▇▇▇▇▇ (100007226314011)
**Sent** 2014-02-02 19:07:25 UTC
**Deleted** false
**Body** No

**Recipients** ▇▇▇▇▇ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:07:44 UTC
**Deleted** false
**Body** U like thongs

**Recipients** Donnie Gardner (100005557717467)
▇▇▇▇▇ (100007226314011)
**Author** ▇▇▇▇▇ (100007226314011)
**Sent** 2014-02-02 19:08:08 UTC
**Deleted** false
**Body** No

**Recipients** ▇▇▇▇▇ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:08:22 UTC
**Deleted** false
**Body** Sis wear thongs

**Recipients** Donnie Gardner (100005557717467)
▇▇▇▇▇ (100007226314011)
**Author** ▇▇▇▇▇ (100007226314011)
**Sent** 2014-02-02 19:08:59 UTC
**Deleted** false
**Body** Ya

**Facebook Business Record**                                    **Page 949**

**Recipients** ▮▮▮▮▮ (100007226314011)
              Donnie Gardner (100005557717467)
   **Author** Donnie Gardner (100005557717467)
     **Sent** 2014-02-02 19:09:20 UTC
  **Deleted** false
     **Body** She have a pair with her

**Recipients** Donnie Gardner (100005557717467)
              ▮▮▮▮▮ (100007226314011)
   **Author** ▮▮▮▮▮ (100007226314011)
     **Sent** 2014-02-02 19:09:35 UTC
  **Deleted** false
     **Body** Yes

**Recipients** Donnie Gardner (100005557717467)
              ▮▮▮▮▮ (100007226314011)
   **Author** ▮▮▮▮▮ (100007226314011)
     **Sent** 2014-02-02 19:09:46 UTC
  **Deleted** false
     **Body**

**Recipients** ▮▮▮▮▮ (100007226314011)
              Donnie Gardner (100005557717467)
   **Author** Donnie Gardner (100005557717467)
     **Sent** 2014-02-02 19:09:54 UTC
  **Deleted** false
     **Body** Get a pair of her thong

**Recipients** ▮▮▮▮▮ (100007226314011)
              Donnie Gardner (100005557717467)
   **Author** Donnie Gardner (100005557717467)
     **Sent** 2014-02-02 19:10:07 UTC
  **Deleted** false
     **Body**

**Recipients** Donnie Gardner (100005557717467)
              ▮▮▮▮▮ (100007226314011)
   **Author** ▮▮▮▮▮ (100007226314011)
     **Sent** 2014-02-02 19:11:01 UTC
  **Deleted** false
     **Body** No im not breaking in to her dresser and im not going into her room !!

**Recipients** ▮▮▮▮▮ (100007226314011)
              Donnie Gardner (100005557717467)
   **Author** Donnie Gardner (100005557717467)
     **Sent** 2014-02-02 19:11:21 UTC
  **Deleted** false
     **Body** Any in the wash

**Recipients** Donnie Gardner (100005557717467)
              ▮▮▮▮▮ (100007226314011)
   **Author** ▮▮▮▮▮ (100007226314011)
     **Sent** 2014-02-02 19:11:42 UTC
  **Deleted** false
     **Body** No she wearing a pair thowe

**Recipients** ▮▮▮▮▮ 100007226314011)
              Donnie Gardner (100005557717467)
   **Author** Donnie Gardner (100005557717467)
     **Sent** 2014-02-02 19:12:13 UTC
  **Deleted** false
     **Body** What color she wears

**Facebook Business Record**                    **Page 950**

**Recipients** Donnie Gardner (100005557717467)
                             (100007226314011)
**Author**                   (100007226314011)
**Sent** 2014-02-02 19:12:27 UTC
**Deleted** false
**Body** Pink

**Recipients**              (100007226314011)
             Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:12:35 UTC
**Deleted** false
**Body** They silk

**Recipients** Donnie Gardner (100005557717467)
                             (100007226314011)
**Author**                   (100007226314011)
**Sent** 2014-02-02 19:12:55 UTC
**Deleted** false
**Body** No

**Recipients**              100007226314011)
             Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:13:11 UTC
**Deleted** false
**Body** U wear silk panties

**Recipients** Donnie Gardner (100005557717467)
                             (100007226314011)
**Author**                   (100007226314011)
**Sent** 2014-02-02 19:13:20 UTC
**Deleted** false
**Body** No

**Recipients**              (100007226314011)
             Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:13:50 UTC
**Deleted** false
**Body** U wear sandles

**Recipients**              (100007226314011)
             Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:15:36 UTC
**Deleted** false
**Body** Talk

**Recipients**              (100007226314011)
             Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 19:24:42 UTC
**Deleted** false
**Body** Hello

**Recipients** Donnie Gardner (100005557717467)
                             (100007226314011)
**Author**                   (100007226314011)
**Sent** 2014-02-02 19:35:21 UTC
**Deleted** false
**Body** Yes not with me though

000034

**Facebook Business Record**                    **Page 951**

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 19:36:12 UTC |
| **Deleted** | false |
| **Body** | Can I see sandles on ur feet |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | ▮▮▮▮▮ (100007226314011) |
| **Author** | ▮▮▮▮▮ (100007226314011) |
| **Sent** | 2014-02-02 19:36:20 UTC |
| **Deleted** | false |
| **Body** | Not with me |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 19:36:35 UTC |
| **Deleted** | false |
| **Body** | Ok |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 19:36:46 UTC |
| **Deleted** | false |
| **Body** | What u wear sexy |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | ▮▮▮▮▮ (100007226314011) |
| **Author** | ▮▮▮▮▮ (100007226314011) |
| **Sent** | 2014-02-02 19:37:13 UTC |
| **Deleted** | false |
| **Body** | Pants and shirt with coat |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 19:37:51 UTC |
| **Deleted** | false |
| **Body** | U wear panty hose |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 19:41:06 UTC |
| **Deleted** | false |
| **Body** | Talk |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | ▮▮▮▮▮ (100007226314011) |
| **Author** | ▮▮▮▮▮ (100007226314011) |
| **Sent** | 2014-02-02 20:37:06 UTC |
| **Deleted** | false |
| **Body** | Yes |

| | |
|---|---|
| **Recipients** | ▮▮▮▮▮ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 20:37:33 UTC |
| **Deleted** | false |
| **Body** | What u weAr sexy on ur feet |

000035

**Facebook Business Record**                                    **Page 952**

Recipients ▮▮▮▮▮▮ (100007226314011)
           Donnie Gardner (100005557717467)
Author   Donnie Gardner (100005557717467)
Sent     2014-02-02 20:38:30 UTC
Deleted  false
Body     Hello

Recipients ▮▮▮▮▮▮ (100007226314011)
           Donnie Gardner (100005557717467)
Author   Donnie Gardner (100005557717467)
Sent     2014-02-02 20:41:49 UTC
Deleted  false
Body     U there

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮ (100007226314011)
Author   ▮▮▮▮▮▮ (100007226314011)
Sent     2014-02-02 20:44:02 UTC
Deleted  false
Body     Nm I normally wear boots

Recipients ▮▮▮▮▮▮ (100007226314011)
           Donnie Gardner (100005557717467)
Author   Donnie Gardner (100005557717467)
Sent     2014-02-02 20:44:20 UTC
Deleted  false
Body     U have them with u

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮ (100007226314011)
Author   ▮▮▮▮▮▮ (100007226314011)
Sent     2014-02-02 20:44:55 UTC
Deleted  false
Body     No

Recipients ▮▮▮▮▮▮ (100007226314011)
           Donnie Gardner (100005557717467)
Author   Donnie Gardner (100005557717467)
Sent     2014-02-02 20:45:13 UTC
Deleted  false
Body     What shoes u have with u

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮ (100007226314011)
Author   ▮▮▮▮▮▮ (100007226314011)
Sent     2014-02-02 20:45:29 UTC
Deleted  false
Body     Sneakers

Recipients ▮▮▮▮▮▮ (100007226314011)
           Donnie Gardner (100005557717467)
Author   Donnie Gardner (100005557717467)
Sent     2014-02-02 20:45:44 UTC
Deleted  false
Body     Color

Recipients Donnie Gardner (100005557717467)
           ▮▮▮▮▮▮ (100007226314011)
Author   ▮▮▮▮▮▮ (100007226314011)
Sent     2014-02-02 20:46:51 UTC
Deleted  false
Body     Oink and black

000036

| | |
|---|---|
| **Recipients** | ███████████ 100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 20:47:06 UTC |
| **Deleted** | false |
| **Body** | Can I see them |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | (100007226314011) |
| **Author** | ███████ (100007226314011) |
| **Sent** | 2014-02-02 20:47:10 UTC |
| **Deleted** | false |
| **Body** | No |

| | |
|---|---|
| **Recipients** | ███████████ 100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 20:47:28 UTC |
| **Deleted** | false |
| **Body** | Please |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | (100007226314011) |
| **Author** | ███████ (100007226314011) |
| **Sent** | 2014-02-02 20:47:32 UTC |
| **Deleted** | false |
| **Body** | No |

| | |
|---|---|
| **Recipients** | ███████████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 20:48:03 UTC |
| **Deleted** | false |
| **Body** | Talk on phone later promises |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | (100007226314011) |
| **Author** | ███████ (100007226314011) |
| **Sent** | 2014-02-02 20:48:18 UTC |
| **Deleted** | false |
| **Body** | U always say that and y never do |

| | |
|---|---|
| **Recipients** | ███████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 20:48:21 UTC |
| **Deleted** | false |
| **Body** | Please like to see ur shoes |

| | |
|---|---|
| **Recipients** | ███████ (100007226314011) |
| | Donnie Gardner (100005557717467) |
| **Author** | Donnie Gardner (100005557717467) |
| **Sent** | 2014-02-02 20:48:24 UTC |
| **Deleted** | false |
| **Body** | I will |

| | |
|---|---|
| **Recipients** | Donnie Gardner (100005557717467) |
| | (100007226314011) |
| **Author** | ███████ (100007226314011) |
| **Sent** | 2014-02-02 20:48:39 UTC |
| **Deleted** | false |
| **Body** | No |

000037

**Facebook Business Record**                                **Page 954**

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:49:21 UTC
**Deleted** false
**Body** Why can't I see them

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 20:49:45 UTC
**Deleted** false
**Body** Cause u are a wierd 49 year old

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:50:16 UTC
**Deleted** false
**Body** I'm only 14

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 20:50:26 UTC
**Deleted** false
**Body** No u are nit

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:50:40 UTC
**Deleted** false
**Body** Yes I am

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:50:56 UTC
**Deleted** false
**Body** I'm 14

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 20:51:03 UTC
**Deleted** false
**Body** Then y donu want pic of mine and ████████ naked picw

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:51:21 UTC
**Deleted** false
**Body** Yes

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 20:51:32 UTC
**Deleted** false
**Body** Why

**Facebook Business Record**                                    **Page 955**

**Recipients** ▓▓▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:51:41 UTC
**Deleted** false
**Body** I want u nude

**Recipients** ▓▓▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:53:24 UTC
**Deleted** false
**Body** Hello

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 20:54:43 UTC
**Deleted** false
**Body** No u dint u are a child molester and a pervert

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:55:39 UTC
**Deleted** false
**Body** No I'm not trust me

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 20:56:20 UTC
**Deleted** false
**Body** yes u are

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:56:57 UTC
**Deleted** false
**Body** No I'm not trust me

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 20:57:16 UTC
**Deleted** false
**Body** yes

**Recipients** ▓▓▓▓ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:57:43 UTC
**Deleted** false
**Body** U trust me

**Recipients** Donnie Gardner (100005557717467)
▓▓▓▓ (100007226314011)
**Author** ▓▓▓▓ (100007226314011)
**Sent** 2014-02-02 20:57:55 UTC
**Deleted** false
**Body** no then answer my call

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 20:58:27 UTC
**Deleted** false
**Body** In alittle ok

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 20:59:18 UTC
**Deleted** false
**Body** no answer it now or i am nver talking to u again\

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:00:05 UTC
**Deleted** false
**Body** I promises in one hour ok

**Recipients** Donnie Gardner (100005557717467)
████████ 100007226314011)
**Author** ████████ 100007226314011)
**Sent** 2014-02-02 21:00:21 UTC
**Deleted** false
**Body** no u dont answer it now

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:00:37 UTC
**Deleted** false
**Body** Please then trust me

**Recipients** Donnie Gardner (100005557717467)
████████ 100007226314011)
**Author** ████████ 100007226314011)
**Sent** 2014-02-02 21:01:03 UTC
**Deleted** false
**Body** so u will answer it if i trust that u ar 14

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:01:15 UTC
**Deleted** false
**Body** Myers

**Recipients** ████████ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:01:31 UTC
**Deleted** false
**Body** Yes

**Recipients** Donnie Gardner (100005557717467)
████████ (100007226314011)
**Author** ████████ (100007226314011)
**Sent** 2014-02-02 21:01:41 UTC
**Deleted** false
**Body** what

**Recipients** ▮▮▮▮ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:02:58 UTC
**Deleted** false
**Body** I will answer if u  send me pic or ur pussy open so I see pussy hole

**Recipients** Donnie Gardner (100005557717467)
▮▮▮▮ (100007226314011)
**Author** ▮▮▮▮ (100007226314011)
**Sent** 2014-02-02 21:03:25 UTC
**Deleted** false
**Body** NO U WONT

**Recipients** ▮▮▮▮ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:04:05 UTC
**Deleted** false
**Body** I will

**Recipients** ▮▮▮▮ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:05:03 UTC
**Deleted** false
**Body** Send pic I will answer ur call

**Recipients** Donnie Gardner (100005557717467)
▮▮▮▮ (100007226314011)
**Author** ▮▮▮▮ (100007226314011)
**Sent** 2014-02-02 21:06:48 UTC
**Deleted** false
**Body** Ni u wont

**Recipients** ▮▮▮▮ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:07:02 UTC
**Deleted** false
**Body** Yes I will

**Recipients** Donnie Gardner (100005557717467)
▮▮▮▮ (100007226314011)
**Author** ▮▮▮▮ (100007226314011)
**Sent** 2014-02-02 21:14:31 UTC
**Deleted** false
**Body** No

**Recipients** ▮▮▮▮ (100007226314011)
Donnie Gardner (100005557717467)
**Author** Donnie Gardner (100005557717467)
**Sent** 2014-02-02 21:14:39 UTC
**Deleted** false
**Body** Please

**Recipients** Donnie Gardner (100005557717467)
▮▮▮▮ (100007226314011)
**Author** ▮▮▮▮ (100007226314011)
**Sent** 2014-02-02 21:14:45 UTC
**Deleted** false
**Body** No

000041