PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): 0209 1:15CR00179-001

DOCKET NUMBER (Rec. Court): 5:19-CR-031(GTS)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Donald Gardner, Jr. | The Western District of New York | Buffalo |

NAME OF SENTENCING JUDGE: Honorable Frank P. Geraci, Jr., Chief U.S. District Judge.

DATES OF PROBATION/SUPERVISED RELEASE: FROM 11/6/2018 TO 11/5/2023

OFFENSE: Possession of Child Pornography

FILED FEB 08 2019 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* *Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.*

1/15/19
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan 22, 2019
Effective Date

United States District Judge